LAW OFFICE OF
# JUSTIN A. ZELLER, P.C.

JUSTIN A. ZELLER
JAZELLER@ZELLERLEGAL.COM

JOHN M. GURRIERI
JMGURRIERI@ZELLERLEGAL.COM

TELEPHONE: 212.229.2249
FACSIMILE: 212.229.2246

March 11, 2020

**VIA ECF**

Hon. Gregory H. Woods, United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 PEARL ST
NEW YORK, NY  10007-1316

Re: *Mendez v. Primavera Gallery, Inc.*, 19 CV 11538 (GHW)

Dear Judge Woods:

  I am counsel for the plaintiff in the above-referenced matter. I write to inform the Court that the parties have reached settlement terms and are currently drafting a settlement agreement.

  I respectfully request that all current deadlines be adjourned *sine die* and that the Court enter a thirty-day conditional order of discontinuance allowing either party to reopen this matter if the parties are unable to finalize the settlement agreement.

  I thank the Court for its time and consideration.

Respectfully submitted,

Justin A. Zeller